UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO BALLEN-RAMIREZ,

Plaintiff,

v.

WARDEN GOLDEN STATE ANNEX,

Respondent.

No.  1:26-cv-02971-DAD-AC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 3, 9)

Petitioner Alvaro Ballen-Ramirez is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted and the motion to appoint counsel (Doc. No. 3) be denied as moot.  (Doc. No. 9.)  Specifically, the magistrate judge found that petitioner had a liberty interest in his continued release on supervision and that petitioner's re-detention without notice and a hearing violated due process.  (*Id.* at 4–6, 9–10.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 12–13.)

/////

1

On May 20, 2026, respondent filed objections to the findings and recommendations. (Doc. No. 10.) Respondent's objection consists of a single sentence stating that respondent objects to the findings and recommendations "[f]or the reasons set forth in Respondents' [sic] previous briefing[.]" (*Id.* at 1.) This objection does not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations filed on May 13, 2026 (Doc. No. 9) are ADOPTED IN FULL;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

    a. Respondent is ORDERED to immediately release petitioner Alvaro Ballen-Ramirez, A-File No. 220-745-938, from respondent's custody under the same conditions he was subject to, if any, prior to his re-detention on or about March 17, 2026;

    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner with notice and a pre-deprivation hearing before an immigration judge where respondent will have the burden of establishing that petitioner is either a danger or flight risk by clear and convincing evidence;

3. Petitioner's motion to appoint counsel (Doc. No. 3) is DENIED as having been rendered moot by the granting of the petition for writ of *habeas corpus*;

4. The Clerk of the Court is directed to serve the Golden State Annex detention facility with a copy of this order; and

/////

/////

5.    The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:    **May 27, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3